IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 22-40-GF-BMM |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| AARON RAMIREZ ESPINOZA, | |
| Defendant. | |

IT IS ORDERED that the following drugs, which have been admitted as exhibits, shall be retained in the custody of the case agent during evening recesses, and shall be returned to the custody of the courtroom deputy prior to the beginning of proceedings each morning until the conclusion of the trial or hearing in this matter:

| Exhibit Number | Description |
|---|---|
| 1 | Fentanyl |
| 2 | Fentanyl |
| 3 | Methamphetamine |

At the conclusion of the trial or hearing, the courtroom deputy shall return the exhibits to the case agent.

Dated this 16th day of August, 2022.

_____
Brian Morris, Chief District Judge
United States District Court